AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
    Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| | Case Number:  8:05-CR-502-T-17TBM |
| | USM Number: 12005-179 |
| ALFREDO FIGUEROA | |
| | AFPD Maria Guzman |
| | Defendant's Attorney |

**THE DEFENDANT:**

  **X**   admitted guilt to violation of charge number(s)_1-5_ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New conviction for conduct, Trafficking in Cocaine | 09/15/07 |
| 2 | New conviction for conduct, Conspiracy to Traffic in Cocaine | 09/15/07 |
| 3 | Failure to notify the probation officer within 72 hours after being arrested or questioned by a law enforcement officer | On Or Before 09/18/07 |
| 4 | Association with a person convicted of a felony | 09/15/07 |
| 5 | Association with a person convicted of a felony | 09/15/07 |

    The defendant is sentenced as provided in pages 2 through _2_ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: August 22, 2008

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Date:  August _26_____, 2008

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
        Sheet 2 - Imprisonment

| | |
|---|---|
| DEFENDANT:    ALFREDO FIGUEROA | Judgment - Page ___2___ of ___2___ |
| CASE NUMBER:   8:05-CR-502-T-17TBM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FIFTEEN (15) MONTHS** with credit for time served to be calculated by the United States Bureau of Prisons.     This term of imprisonment shall run **CONSECUTIVELY** to the term of imprisonment imposed in Hillsborough County Circuit Court, Tampa, Florida, Docket #2007CR19083.


__X__     The defendant is REMANDED to the custody of the United States Marshal Service.
         The defendant shall commence service of his state sentence prior to service of his
         federal sentence.


## RETURN

I have executed this judgment as follows:


        Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


                                        _____
                                                UNITED STATES MARSHAL

                              By     _____
                                            DEPUTY UNITED STATES MARSHAL